# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LEOCADIO O. BANDA & MARIA C. BANDA                                Case Number: 08-71644
       1111 JACKSON STREET                  SSN-xxx-xx-6045 & xxx-xx-4705
       ROCKFORD, IL  61107

                                                                   Case filed on:      5/28/2008
                                                                   Plan Confirmed on:
                              X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,500.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 016 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LEOCADIO O. BANDA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | THE NATIONAL BANK & TRUST CO SYCAMORE | 5,568.93 | 3,200.00 | 1,296.88 | 91.43 |
|  | Total Secured | 5,568.93 | 3,200.00 | 1,296.88 | 91.43 |
| 002 | THE NATIONAL BANK & TRUST CO SYCAMORE | 0.00 | 2,368.93 | 0.00 | 0.00 |
| 003 | FIA CARD SERVICES aka BANK OF AMERICA | 10,954.85 | 10,954.85 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHASE BANK USA NA | 5,808.45 | 5,808.45 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 11,810.90 | 11,810.90 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 5,742.94 | 5,742.94 | 0.00 | 0.00 |
| 008 | DFS SERVICES LLC | 10,397.74 | 10,397.74 | 0.00 | 0.00 |
| 009 | CREDITORS BANKRUPTCY SERVICE | 6,085.65 | 6,085.65 | 0.00 | 0.00 |
| 010 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DFS SERVICES LLC | 1,836.89 | 1,836.89 | 0.00 | 0.00 |
| 013 | NATIONAL CITY BANK | 4,406.31 | 4,406.31 | 0.00 | 0.00 |
| 014 | NATIONAL CITY BANK | 2,024.33 | 2,024.33 | 0.00 | 0.00 |
| 015 | BASS & ASSOCIATES PC | 416.11 | 416.11 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 1,171.43 | 1,171.43 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 891.11 | 891.11 | 0.00 | 0.00 |
| 019 | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 61,546.71 | 63,915.64 | 0.00 | 0.00 |
|  | Grand Total: | 70,115.64 | 70,115.64 | 1,296.88 | 91.43 |

Total Paid Claimant:       $1,388.31
Trustee Allowance:         $111.69              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00             discharging the trustee and the trustee's surety from any and all
                                                liablility on account of the within proceedings, and closing the estate,
                                                and for such other relief as is just.  Pursuant to FRBP, I hereby
                                                certify that the subject case has been fully administered.

       Report Dated:

                                                       /s/ Lydia S. Meyer
                                                     Lydia S. Meyer, Trustee


       This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


       Dated at Rockford, IL  on 03/26/2009           By  /s/Heather M. Fagan